IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE C. BAUMGARTEN,

    Plaintiff,

  v.

CALIFORNIA BOARD OF EQUALIZATION,

    Defendant.

No. C 05-05221 WHA

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

    Plaintiff requests appointment of counsel in this Title VII employment-discrimination case. Under Title VII, a court has discretion to appoint counsel in such circumstances as it deems just. 42 U.S.C. 2000e-5(f)(1)(B). A court must evaluate: (1) whether the plaintiff demonstrates an inability to pay for private counsel; (2) plaintiff's efforts to secure counsel; and (3) whether the claims presented have merit. *Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981).

    Even assuming plaintiff could satisfy the second and third factors of the *Bradshaw* analysis, plaintiff has not made a sufficient showing with respect to her lack of financial resources. Plaintiff's request may be denied on that ground alone. On December 22, 2005, this Court denied plaintiff *in forma pauperis* status in this case. In her application for *in forma pauperis* status, plaintiff indicated that her husband is employed by the San Francisco School

1  District and earns a gross salary of $5,053 per month, a fact plaintiff omits from her December
2  16, 2005 letter.  Plaintiff also indicated in her application that she and her husband own a house
3  worth an estimated market value of $615,000, although plaintiff contends in her instant request
4  that the mortgage payments are cumbersome.  Plaintiff is currently unemployed, but within the
5  past year she received disability benefits totaling a gross of $3,550 per month according to her
6  *in forma pauperis* application.  These facts evidence a lack of merit for appointment of counsel.
7  Plaintiff's request, therefore, is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 23, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2