IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE C. BAUMGARTEN,

    Plaintiff,

  v.

CALIFORNIA BOARD OF EQUALIZATION,

    Defendant.

No. C 05-05221 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference. On March 3, the Court granted plaintiff's *ex parte* request to continue the case management conference and urged her to immediately serve the summons and complaint and to secure counsel. Plaintiff and counsel for defendant must attend the case management conference on **APRIL 6, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE